BEFORE THE SECOND DIVISION, NOVEMBER 4, 1968

**No. P68/474.**—Novelty Import Co., Inc. *v.* United States, protest 64/3941 (New York).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of so-called "miniature hunting knives" similar in all material respects to those the subject of *M. Pressner & Co.* v. *United States* (56 Cust. Ct. 489, C.D. 2686), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER, 6, 1968

**No. P68/475.**—Morris Friedman et al. *v.* United States, protests 58/7821, etc. (Philadelphia).
**No. P68/476.**—Morris Friedman et al. *v.* United States, protests 61/6561, etc. (Philadelphia).
**No. P68/477.**—Morris Friedman *v.* United States, protests 62/11969, etc. (Philadelphia).

WATSON, J.   In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consists of bags or baskets in chief value of rush similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558) and that the items of merchandise marked "B" consist of maize or corn husk baskets similar in all material respects to those the subject of C.D. 2558, *supra*, and *Morris Friedman* v. *United States* (58 Cust. Ct. 456, C.D. 3019), the claim of the plaintiffs was sustained.

**No. P68/478.**—New York Merchandise Co., Inc. *v.* United States, protests 66/26047, etc. (New York).

MALETZ, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of nodding head animals similar in all material respects to those the subject of *Wilson's Customs Clearance, Inc.* v. *United States* (59 Cust. Ct. 36, C.D. 3061), and that said merchandise is wholly or in chief value of iron or steel, the claim of the plaintiff was sustained.